**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00082-CV**

_____

**ELIJAH W. RATCLIFF, Appellant**

**V.**

**WESLEY RATCLIFF AND JOHN RATCLIFF, Appellees**

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. CIV22-0049

**MEMORANDUM OPINION**

Elijah W. Ratcliff filed a notice of accelerated appeal from the trial court's order denying Ratcliff's motion for summary judgment. We questioned whether the trial court has signed a final judgment or an interlocutory order that is appealable as an accelerated appeal. The clerk's record has been filed, but the record does not contain a signed judgment or order of the trial court. Appellant filed a response to the Clerk's notice, but his response failed to identify a statute that authorizes an accelerated appeal at this time.

1

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. We dismiss the appeal for want of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 10, 2023
Opinion Delivered May 11, 2023

Before Golemon, C.J., Horton and Johnson, JJ.